**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way
Suite 100
Henderson, NV 89011
Tel: 702-666-0233
robert@tzalllegal.com

**Raleigh C. Thompson**
NV State Bar No. 11296
Morris Law Group
411 E. Bonneville Ave, Ste 360
Las Vegas, NV 89101
Tel: 702-474-9400
rct@morrislawgroup.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STALLARD, | ) Docket No.   2:17-cv-00013-APG-GWF |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| PLUSFOUR, INC., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Eric Stallard ("Plaintiff") and Defendant

PlusFour, Inc. ("Defendant"), by and through their respective counsel of record, that the above-

captioned action, including all parties and claims alleged therein, be and hereby is dismissed with

prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the

parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to

enter into this Joint Stipulation with Prejudice.

IT IS SO ORDERED.

Dated: August 9, 2017

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1

2  **Respectfully Submitted,**

3

4  Dated:  August 3, 2017

5

6  /s/*Robert M. Tzall*                                          /s/ *Raleigh C. Thompson*
   Robert M. Tzall, Esq.                                        Raleigh C. Thompson, Esq.

7  **The Law Offices of Robert M. Tzall**           **Morris Law Group**
   *Attorneys for Plaintiff*                                    *Attorneys for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28